UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:13 CR 485 CEJ |
| WARREN J. GLADDERS, | ) |
| Defendant. | ) |

## DETENTION ORDER

On December 23, 2013 defendant Warren J. Gladders came before the court with counsel for a hearing on the government's recommendation that defendant be detained under the Bail Reform Act of 1984, 18 U.S.C. §§ 3141-3151.

Defendant Gladders is charged by indictment with three counts of robbing federally insured banks and one count of brandishing a firearm in furtherance of a crime of violence. At the detention hearing defendant, with the advice of counsel, waived his right to a hearing knowing that a detention order would be issued. Defendant may move the court for reconsideration in the future.

Therefore,

**IT IS HEREBY ORDERED** that defendant Warren J. Gladders is ordered detained and is committed to the custody of the Marshals Service until further order.

**IT IS FURTHER ORDERED** that defendant be allowed reasonable opportunity for consultation with counsel.

**IT IS FURTHER ORDERED** that, to the extent practicable, defendant be confined in a corrections facility separate from persons awaiting or serving sentences or being held in custody pending appeal.

**IT IS FURTHER ORDERED** that on the order of a United States Court or on the request of an attorney for the United States, the person in charge of the corrections facility where defendant is confined must deliver defendant to the United States Marshals Service for the purpose of defendant's attendance for a court proceeding.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/S/    David D. Noce
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

**Signed on January 2, 2014.**